UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID V. SIBLEY | CIVIL ACTION NO. 11-661 |
| VERSUS | JUDGE TRIMBLE |
| FRED S. GAHAGAN, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the report and recommendation of the magistrate judge previously issued herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under applicable law, it is hereby

**ORDERED** that Sibley's complaint against Gahagan, Benjamin, Roque and the District Attorney is **DISMISSED** without prejudice. It is further

**ORDERED** that Sibley's action against the CIA, ATF, FBI and DEA is **DISMISSED** with prejudice. It is further

**ORDERED** that Sibley's complaint against the "City Police" is **DISMISSED** without prejudice. It is further

**ORDERED** that Sibley's action against the State of Louisiana is **DISMISSED** with prejudice. In consideration of the foregoing, it is, finally,

**ORDERED** that the "Motion for More Definite Statement"[1] filed by defendant Cloyd Benjamin is **DENIED** as **MOOT**.

---

[1] R. 10.

1

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 7th day of September, 2011.

                                             JAMES T. TRIMBLE, JR.
                                       **UNITED STATES DISTRICT JUDGE**